# EXHIBIT A

# KINGS COUNTY MEDICAL RECORDS
# REDACTED

HEALTH : HOSPITALS | Kings County

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Camovic, Dzenan
MRN: ▮▮▮  DOB: ▮▮▮  Sex: M
Acct #: ▮▮▮
Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020

Progress Notes by Joseph Boachie, MD at 06/12/20 1022 (continued)

**NSGY:**
- Aspen collar for 6 wks
- No operative intervention

**Orthopedics:**
- WBAT b/l LEs, NWB LUE
- CT w/ contrast of L elbow fx 6/12
- Hinged elbow brace of left elbow
- No acute intervention at this time

**Oral Surgery:**
- Daily right cheek wound packing per OMSF
- Full liquid diet x 6weeks, No chewing

**Urology:**
- No intervention, page with concerns

Neuro:
NAD, AOX3
1. Encephalopathy 2/2 Trauma/Hemorrhagic shock
2. S/p multiple GSW c/b C1 anterior tubercle comminuted fracture, Type 2 base of dens, odontoid fracture.
    - Aspen collar x 6wks
3. Comminuted fracture of right maxillary sinus, right inferior orbital wall fracture, right zygomatic arch
    - Facial GSW, Nasal and Oral-pharynx packing - daily wound packing by OMFS
    - Completed Decadron 4 mg q6h x 1 day for oropharynx/airway swelling

4. Delirium/Agitation
    - Prn pain control, moves all extremity
    - Scheduled IV Toradol, gabapentin, prn oxycodone for pain
    - prn Seroquel and Olanzapine for sedation and agitation
Nursing Assessment Data:

**Richmond Agitation Sedation Scale: Alert and calm**
**Glasgow Coma Scale Score: 14**

CV:
1. Hemorrhagic shock 2/2 multiple GSW
Required MTP activation, now stable
Meeting MAP > 65 goal without pressors.

2. Sinus Tachycardia/ occasional PAC
Will continue to monitor.

Pulmonary:
1. Acute Respiratory Failure, that required ventilatory support, now resolved.
- patient self-extubated on 6/8, will continue to monitor
- prn duoneb treatment
- Aggressive pulmonary toilet with inscentive spirometer.
- OOB and ambulation.

| NYC HEALTH+ HOSPITALS | Kings County | HHC HEALTH INFO MGMT 160 Water St New York NY 10041 | Patient:Camovic, Dzenan MRN: ▮ DOB: ▮ Sex: M Acct #: ▮ Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020 |
|---|---|---|---|

Consults by Marco Christian Michael, MD at 06/12/20 1051 (continued)

**RECENT LABS:**
Labs Reviewed

**LAST ECG RESULTS:**
QTc wnl (<500)

**IMAGING:**
reviewed

**CURRENT INPATIENT MEDICATIONS:**

| | | | |
|---|---|---|---|
| acetaminophen | 650 mg | Oral | Resp Q6H While awake |
| enoxaparin | 30 mg | Subcutaneous | Q12H SCH |
| gabapentin | 100 mg | Oral | TID |
| ketorolac | 30 mg | Intravenous | Q6H SCH |
| QUEtiapine | 50 mg | Oral | Nightly |
| senna | 176 mg | Oral | Nightly |

**PRN MEDICATIONS:**
albuterol nebulizer solution
- iohexol
- ipratropium
- OLANZapine
- oxyCODONE

**SAFE-T RISK ASSESSMENT:**


**Updated Formulation:**
Unknown Male AKA Dzenan, Camovic (▮), is reconsulted to psychiatry for assessment of PTSD/acute stress disorder. He is currently on NYPD custody and has  As per consult order, pt is agitated and hallucinating. Pt searched in PSYCKES, Quadramed, and Epic for record of previous psychiatric treatment, as patient had mentioned to primary team that he had never received any. No record of inpatient or outpatient treatment or medication management in any of these systems.

When I spoke to pt, he is more alert although not fully oriented to time. He stated seeing things while he is asleep which he attributed to "weird dreams'" and feeling haze. Pt denies suicidal/homicidal ideation/intent plan, he denies symptoms of depression. He is not internally preoccupied or actively hallucinating during assessment. He denies flashbacks of recent events, did not appear hypervigilant. However, pt is clearly worried about the potential future legal implications and as a result he does not wish to contact his family at this time. He is receptive to supportive psychotherapy and agree to reach out with SW and primary team for any concerns.

His current condition is concerning for delirium. Pt is not fully alert. He is already on standing seroquel, which may be uptitrated to manage delirium.

**HEALTH + HOSPITALS** | **Kings County** | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Camovic, Dzenan
MRN: ▆▆▆▆  DOB: ▆▆▆▆  Sex: M
Acct #: ▆▆▆▆
Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020

---

Consults by Marco Christian Michael, MD at 06/12/20 1051 (continued)

**Assessment:**
**Primary Diagnosis:** Delirium

**Suicide Risk Level:** Low
**High Elopement Risk? No**
**Elopement Risk Factors: None**
**High Aggression Risk?Yes**
**Aggression Risk Factors: state of delirium**

**Recommendations:**
Observation Level (1:1, close or routine): may appoint 1:1 for delirium, which can be discontinued by primary team when medically appropriate
Disposition: no indication for transfer to inpatient psychiatry
Medical Necessity: as per primary team, please manage delirium
Triggers for agitation? State of delirium
Calming Measures? Reorient pt to time and place, delirium precautions
Precautions: delirium, aggression

**Plan:**
**- No indication for transfer to psychiatry**
**- Uptitrate Seroquel to 100mg at bedtime to manage delirium**
**- If pt is agitated, may recommend haloperidol 2mg IM prn q8hours. Olanzapine 10mg should be discontinued**
**- May appoint 1:1 for delirium if pt is agitated, which can be discontinued when appropriate by primary team**
**- Pt may be discharged with safe discharge plan**

**Additional follow up?** Yes

To contact the Psychiatry Consult Liaison Service M-F 8a to 5p, call **x5210** or on evenings and weekends, page **917-205-4735**

**Case discussed with Attending Psychiatrist Alla Ostrovskaya MD**

"Electronically signed by Alla Ostrovskaya, MD at 06/12/20 1406"

---

Consults by Devin Hosein, MD at 06/12/20 1348

| | | |
|---|---|---|
| Author: Devin Hosein, MD | Service: Trauma Surgery | Author Type: Resident |
| Filed: 06/12/20 1353 | Date of Service: 06/12/20 1348 | Creation Time: 06/12/20 1348 |
| Status: Signed | Editor: Devin Hosein, MD (Resident) | |
| Cosigner: Simon Fitzgerald, MD at 06/16/20 1321 | | |

**TRAUMA/SURGERY DAILY CONSULT NOTE**

Encounter Date: 06/12/20
Patient Name: Male Unknown

---

HEALTH+
HOSPITALS | Kings County
HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Camovic, Dzenan
MRN: ▮▮▮▮  DOB: ▮▮▮▮  Sex: M
Acct #: ▮▮▮▮
Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020

Progress Notes by Jaydev Mistry, MD at 06/13/20 0908 (continued)

| Lab | Units | 06/13/20 0036 | | 06/09/20 0204 |
|---|---|---|---|---|
| WBC | K/uL | 10.99* | < > | -- |
| HGB | g/dL | 9.7* | < > | -- |
| HCT | % | 29.9* | < > | -- |
| PLATELET COUNT | K/uL | 523* | < > | -- |
| INR | Ratio | 1.4* | < > | -- |
| SODIUMART | mmol/L | -- | -- | 139 |
| POTASSIUMA RT | mmol/L | -- | -- | 3.3* |
| CHLORIDEART | mmol/L | -- | -- | 103 |
| CO2 | mmol/L | 24 | < > | -- |
| BUN | mg/dL | 22.0* | < > | -- |
| CREATININE | mg/dL | 0.85 | < > | -- |
| GLUCOSE | mg/dL | 99 | < > | -- |
| CALCIUM | mg/dL | 8.8 | < > | -- |

< > = values in this interval not displayed.

A/P:
35 y.o. male s/p right femur IMN, b/l femur I&D, and left elbow I&D on 6/4/2020. No plan for operative fixation for left elbow and left wrist at this time

-Weight bearing: WBAT Bilateral LE, NWB LUE
- Please obtain new CT w/o contrast L elbow with fine cuts and 3d recon
- Hinged elbow brace for left elbow is medically necessary for optimal function and recovery
- No acute ortho intervention for L elbow fx at this time
- Maintain splint LUE
-Ortho to follow, rest of management per SICU
-Please page Ortho w/ any questions/concerns

Jaydev Mistry, MD
Orthopaedic Surgery, PGY-2

"Electronically signed by Jeffrey Michael Schwartz, MD at 06/15/20 1825"

Progress Notes by Leon Boudourakis, MD at 06/13/20 1134

| | | |
|---|---|---|
| Author: Leon Boudourakis, MD | Service: Trauma Surgery | Author Type: Physician |
| Filed: 06/13/20 1135 | Date of Service: 06/13/20 1134 | Creation Time: 06/13/20 1134 |
| Status: Signed | Editor: Leon Boudourakis, MD (Physician) | |

PATIENT SEEN EXAMINED. Seen by psych. Up seroquel/prn haldol. Can downgrade. Repeat ct chest revealed apical pnuemo but no pathology needing surgery. Left elbow pending per ortho not urgent. In chair.

HEALTH + HOSPITALS | Kings County

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient:Camovic, Dzenan
MRN: ███  DOB: ███  Sex: M
Acct #: ███
Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020

---

Progress Notes by Joseph Boachie, MD at 06/13/20 1134 (continued)

**Oral Surgery:**
- Daily right cheek wound packing per OMSF
- Full liquid diet x 6weeks, No chewing

**Urology:**
- No intervention, page with concerns

Neuro:
NAD, AOX3, interacting appropriately
1. Encephalopathy 2/2 Trauma/Hemorrhagic shock
2. S/p multiple GSW c/b C1 anterior tubercle comminuted fracture, Type 2 base of dens, odontoid fracture.
        - Aspen collar x 6wks
3. Comminuted fracture of right maxillary sinus, right inferior orbital wall fracture, right zygomatic arch
        - Facial GSW, Nasal and Oral-pharynx packing - daily wound packing by OMFS
        - Completed Decadron 4 mg q6h x 1 day for oropharynx/airway swelling

4. Delirium/Agitation
        - Prn pain control, moves all extremity
        - Scheduled IV  Toradol, gabapentin, prn oxycodone for pain
        - prn Seroquel at bedtime and prn Haloperidol agitation
Nursing Assessment Data:
**Richmond Agitation Sedation Scale: Alert and calm**
**Glasgow Coma Scale Score: 15**

CV:
1. Hemorrhagic shock 2/2 multiple GSW
Required MTP activation, now stable
Meeting MAP > 65 goal without pressors.

2. Sinus Tachycardia/ occasional PAC
Will continue to monitor.

3. Labile Blood Pressure - continue to monitor for now.

Pulmonary:
1. Acute Respiratory Failure, that required ventilatory support, now resolved.
- patient self-extubated on 6/8, will continue to monitor
- prn duoneb treatment
- Aggressive pulmonary toilet with inscentive spirometer.
- continue to encourage OOB and ambulation with assist

2. GSW to left chest s/p left thoracotomy and tractotomy x 2 and chest tube placement removed 6/11
- Follow CT chest showed small residual PTX and fluid collection from post-surgical changes. No concern for pneumonia/empyema.
- Continue pulmonary toilet with IS/ ambulation

GI/Nutrition:
1. Multiple facial trauma 2/2 GSW but oropharynx is intact. He has function GI tract.
Speech is intact and coherent

---

Printed on 5/12/21 11:56 AM                                                      Page 35

HEALTH+
HOSPITALS | Kings County | HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Camovic, Dzenan
MRN: ▓▓▓    DOB: ▓▓▓    Sex: M
Acct #: ▓▓▓
Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020

---

Progress Notes by Monika Lay, MD at 06/13/20 1240 (continued)

---

**Hospital Course**
**Assessment and Plan:**
Patient is a 35 y.o. male - 20yo M Level I with multiple GSWs, GCS 3, intubated in Ed, with multiple injuries:
Injures:
1. Multiple gun shot wounds
2. C1 anterior tubercle comminuted fracture
3. Type 2 base of dens , odontoid fracture
4. Comminuted fracture of right maxillary sinus, right inferior orbital wall fracture, right zygomatic arch
5. right cheek wound,
6. anterior neck abrasion,
7. left shoulder wound x2, left elbow wound, left wrist laceration,
8. Left chest GSW, Left hemo/pneumothorax s/p left chest tube placement
9. Left groin GSW, Scrotal/Penile GSW and hematoma

**OR Procedures**
1. S/p Left thoracotomy, Tractotomy x 2
2. S/p Scrotal and Penile Injury exploration, right orchiopexy, left orchiotomy
3. Open reduction internal fixation right femur
4. Irrigation and debridement bilateral femur GSW
5. Irrigation and debridement left shoulder, elbow and wrist GSW

Neuro:
NAD, AOX3, interacting appropriately
1. Encephalopathy 2/2 Trauma/Hemorrhagic shock
2. S/p multiple GSW c/b C1 anterior tubercle comminuted fracture, Type 2 base of dens, odontoid fracture.
        - Aspen collar x 6wks
 3. Comminuted fracture of right maxillary sinus, right inferior orbital wall fracture, right zygomatic arch
            - Facial GSW, Nasal and Oral-pharynx packing - daily wound packing by OMFS
            - Completed Decadron 4 mg q6h x 1 day for oropharynx/airway swelling

  4. Delirium/Agitation
            - Prn pain control, moves all extremity
            - Scheduled IV Toradol, gabapentin, prn oxycodone for pain
            - prn Seroquel at bedtime and prn Haloperidol agitation
Nursing Assessment Data:
**Richmond Agitation Sedation Scale: Alert and calm**
**Glasgow Coma Scale Score: 15**

CV:
1. Hemorrhagic shock 2/2 multiple GSW
Required MTP activation, now stable
Meeting MAP > 65 goal without pressors.

2. Sinus Tachycardia/ occasional PAC
Will continue to monitor.

3. Labile Blood Pressure - continue to monitor for now.

---

NYC
**HEALTH + HOSPITALS** | Kings County

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Camovic, Dzenan
MRN: ▇▇▇  DOB: ▇▇▇  Sex: M
Acct #: ▇▇
Admit: 6/4/2020, IP: 6/4/2020, Discharge:
6/19/2020

---

**Consults by Oren E Ishal, DMD at 06/14/20 0601 (continued)**

downgraded from SICU to trauma yesterday. Ortho requesting new CT of elbow fx. Psych recommending increasing seroquel and prn haldol.

**Exam:**

Vitals:

|  | 06/13/20 2320 |
|---|---|
| BP: | 136/63 |
| Pulse: | 100 |
| Resp: | 20 |
| Temp: | 98.4 °F (36.9 °C) |
| SpO2: | 97% |

**General:** Patient lying in bed, NAD, GCS 15
**Head:** Facial edema improved, R>L. Entry wound of GSW on right cheek packed with iodoform, no purulent discharge, continues to granulate in. Presence of right facial weakness. CN V1/V2/V3 grossly intact.
**Eyes:** improving R periorbital ecchymosis
**Nose:** Nares patent. No epistaxis.
**Mouth:** Bridle wire in and stable. No intraoral bleeding noted. Occlusion intact with b/l posterior contacts but presence of guarding on biting.
**Neck:** Aspen collar in place

A/P: 20M hospital day 11 s/p multiple GSW to the face and body. Facial injuries include R max sinus fx, minimally displaced R orbit floor fx, R pterygoid fracture - no surgical intervention required. Maxillofacial edema improving. Maxillary fractures stable. Occlusion is stable with b/l posterior contacts and maxillary alveolar fracture stable with bridle wire. Nares continue to be hemostatic. GSW to R cheek packing in place - wound noninfected and granulating in - irrigated with normal saline.

Recommendations:
- OMFS to remove R cheek packing either later today or tomorrow
- c/w Full liquid diet x 6 weeks. No chewing.
- Page OMFS with any questions or concerns

"Electronically signed by Yuriy Yusupov, DDS at 06/15/20 0958"

---

**Progress Notes by Mikhail Tretiakov, MD at 06/14/20 1012**

| Author: Mikhail Tretiakov, MD | Service: Orthopedics | Author Type: Resident |
|---|---|---|
| Filed: 06/14/20 1013 | Date of Service: 06/14/20 1012 | Creation Time: 06/14/20 1012 |
| Status: Signed | Editor: Mikhail Tretiakov, MD (Resident) | |

**Orthopaedic Surgery Progress Note**

Pt S&E this AM. Pt resting comfortably. Pain well controlled. Denies f/c/cp/sob/n/v/d.

P/E:
NAD, Awake, alert
Non-labored breathing
Spontaneously moving all 4 extremities
  Right UE

---

| HEALTH HOSPITALS | Kings County | HHC HEALTH INFO MGMT<br>160 Water St<br>New York NY 10041 | Patient:Camovic, Dzenan<br>MRN: 3859576, DOB: 5/31/1985, Sex: M<br>Acct #: 276765577<br>Admit: 6/4/2020, IP: 6/4/2020, Discharge:<br>6/19/2020 |

**Progress Notes by Nicholas Joseph Bial, MD at 06/14/20 1547 (continued)**

9. Left groin GSW, Scrotal/Penile GSW and hematoma

**OR Procedures**
1. S/p Left thoracotomy, Tractotomy x 2
2. S/p Scrotal and Penile Injury exploration, right orchiopexy, left orchiotomy
3. Open reduction internal fixation right femur
4. Irrigation and debridement bilateral femur GSW
5. Irrigation and debridement left shoulder, elbow and wrist GSW
Edited by: Nicholas Joseph Bial, MD at 6/14/2020 1548

-c/w pain control
-Aspen collar x 6 weeks
-daily facial wound packing per OMFS
-prn seroquel at bedtime for delerium/agitation
-aggressive pulmonary toilet and incentive spirometry
-c/w soft pureed diet with ensure supplements
-LVX 30mg q12h for DVT ppx
-PT/OT

**Disposition: Patient's lawyer to arrive 6/15, eventual transfer to Bellevue Hospital**

**Code Status:Full Code**

**Patient seen and examined with attending.**

"Electronically signed by Asher Hirshberg, MD at 06/14/20 1658"

**Progress Notes by Dillon Sedaghatpour, MD at 06/15/20 0635**

| Author: Dillon Sedaghatpour, MD | Service: Orthopedics Fracture | Author Type: Resident |
| Filed: 06/15/20 0636 | Date of Service: 06/15/20 0635 | Creation Time: 06/15/20 0635 |
| Status: Signed | Editor: Dillon Sedaghatpour, MD (Resident) | |

Pt S&E this AM. Pt resting comfortably. Pain well controlled. Denies f/c/cp/sob/n/v/d.

P/E:
NAD, Awake, alert
Non-labored breathing

| | HHC HEALTH INFO MGMT | Patient: Camovic, Dzenan |
|---|---|---|
| **HEALTH+ HOSPITALS** Kings County | 160 Water St New York NY 10041 | MRN: ▮ DOB: ▮ Sex: M  Acct #: ▮  Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020 |

Progress Notes by Jennifer Etcheson, MD at 06/15/20 0750 (continued)

**Consults reviewed:** Yes
Reviewed

**Hospital Course**
**Assessment and Plan:**
Patient is a 35 y.o. male - Level I trauma activation brought in by EMS s/p multiple GSW about the face and body. Pt was brought in unresponsive, he was intubated in the trauma bay immediately, GCS 6. He was aggressively resuscitated and transported to the OR for wound exploration and repairs. Below are list of injuries.

Injures:
1. Multiple gun shot wounds
2. C1 anterior tubercle comminuted fracture
3. Type 2 base of dens , odontoid fracture
4. Comminuted fracture of right maxillary sinus, right inferior orbital wall fracture, right zygomatic arch
5. right cheek wound,
6. anterior neck abrasion,
7. left shoulder wound x2, left elbow wound, left wrist laceration,
8. Left chest GSW, Left hemo/pneumothorax s/p left chest tube placement
9. Left groin GSW, Scrotal/Penile GSW and hematoma

**OR Procedures**
1. S/p Left thoracotomy, Tractotomy x 2
2. S/p Scrotal and Penile Injury exploration, right orchiopexy, left orchiotomy
3. Open reduction internal fixation right femur
4. Irrigation and debridement bilateral femur GSW
5. Irrigation and debridement left shoulder, elbow and wrist GSW

-c/w pain control
-Aspen collar x 6 weeks
-daily facial wound packing per OMFS
-prn seroquel at bedtime for delerium/agitation
-aggressive pulmonary toilet and incentive spirometry
-c/w soft pureed diet with ensure supplements
-LVX 30mg q12h for DVT ppx
-PT/OT

**Disposition: Patient's lawyer to arrive today 6/15, eventual transfer to Bellevue Hospital**

**Code Status:** Full Code

**Patient seen and examined with attending.**

| NYC HEALTH HOSPITALS | Kings County | HHC HEALTH INFO MGMT 160 Water St New York NY 10041 | Patient: Camovic, Dzenan MRN: ███ DOB: ███ Sex: M Acct #: ███ Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020 |

---

Discharge Summary by Jennifer Etcheson, MD at 06/16/20 0947 (continued)

|  |  |  |
|---|---|---|
|  |  | release tablet 5 mg acetaminophen (TYLENOL) tablet 650 mg QUEtiapine (SEROquel) tablet 100 mg DISCONTINUED: QUEtiapine (SEROquel) tablet 50 mg DISCONTINUED: QUEtiapine (SEROquel) tablet 200 mg |
| 3. | Gun shot wound of chest cavity, left, initial encounter | Case Request Operating Room: THORACOTOMY Case Request Operating Room: THORACOTOMY Surgical Pathology Exam Surgical Pathology Exam gabapentin (NEURONTIN) 250 mg/5mL solution 100 mg oxyCODONE (ROXICODONE) immediate release tablet 5 mg acetaminophen (TYLENOL) tablet 650 mg QUEtiapine (SEROquel) tablet 100 mg DISCONTINUED: QUEtiapine (SEROquel) tablet 50 mg DISCONTINUED: QUEtiapine (SEROquel) tablet 200 mg |

Added automatically from request for surgery 2655612

**Discharge Medications:**

**Home Medication Instructions**

You have not been prescribed any medications.

**Discharge Attending:** Dr. Roudnitsky

**Discharged Condition:** Fair
**Tubes/Lines/Drains Instructions:** None
**Wound Care Instructions:**
-Patient has Mepilex dressing over neck wounds caused by Aspen collar, please change daily and monitor/perform wound care daily
-Aspen cervical collar at all times for 6 weeks
-Hinged elbow brace for left elbow is medically necessary for optimal function and recovery, will require Orthopedic follow up for future management

Activity: May ambulate as tolerated, WBAT bilateral LE, NWB LUE, WB RUE
Showering: Daily

**Disposition:** Transfer to Bellevue Hospital

**Followup/Appointments:**

HEALTH + HOSPITALS | Kings County

HHC HEALTH INFO MGMT
160 Water St
New York NY 10041

Patient: Camovic, Dzenan
MRN: ▮▮▮  DOB: ▮▮▮  Sex: M
Acct #: ▮▮▮
Admit: 6/4/2020, IP: 6/4/2020, Discharge: 6/19/2020

Progress Notes by Nicholas Joseph Bial, MD at 06/17/20 1644 (continued)

Hinged elbow brace for left elbow is medically necessary for optimal function and recovery
No acute ortho intervention for L elbow fx at this time
Maintain splint LUE
Ortho to follow, rest of management per trauma
**Infectious Disease Consult - Consulted for COVID testing. Results - Negative 06/04/20**
**Psychiatry Consult - No Indication for transfer to psychiatry. Patient may be discharged with safe discharge plan.**
**Medically cleared and stable for transfer/discharge from trauma surgery standpoint**

**Assessment and Plan:**
Patient is a 35 y.o. male brought in by EMS s/p multiple GSW about the face and body. Pt was brought in unresponsive, he was intubated in the trauma bay immediately, GCS 6. He was aggressively resuscitated and transported to the OR for wound exploration and repairs. Below are list of injuries.

Injures:
1. Multiple gun shot wounds
2. C1 anterior tubercle comminuted fracture
3. Type 2 base of dens , odontoid fracture
4. Comminuted fracture of right maxillary sinus, right inferior orbital wall fracture, right zygomatic arch
5. right cheek wound,
6. anterior neck abrasion,
7. left shoulder wound x2, left elbow wound, left wrist laceration,
8. Left chest GSW, Left hemo/pneumothorax s/p left chest tube placement
9. Left groin GSW, Scrotal/Penile GSW and hematoma

**OR Procedures**
1. S/p Left thoracotomy, Tractotomy x 2
2. S/p Scrotal and Penile Injury exploration, right orchiopexy, left orchiotomy
3. Open reduction internal fixation right femur
4. Irrigation and debridement bilateral femur GSW
5. Irrigation and debridement left shoulder, elbow and wrist GSW
Edited by: Nicholas Joseph Bial, MD at 6/14/2020 1555

-c/w pain control
-Aspen collar x 6 weeks
-daily facial wound packing per OMFS
-daily wound dressing changes to posterior neck, will notify wound care for additional recs and management
-wound care following for right decub ulceration (stage 1)
-prn seroquel at bedtime for delerium/agitation
-aggressive pulmonary toilet and incentive spirometry
-c/w soft pureed diet with ensure supplements
-LVX 30mg q12h for DVT ppx
-PT/OT