# EXHIBIT B

# LETTER OF DZENITA CAMOVIC

July 28, 2022

Dear Judge Kovner:

My name is Dzenita Camovic. I am writing to you regarding my brother Dzenan Camovic, who will come before you for sentencing. Im not writing to you in hopes of leniency on his sentence because I understand the seriousness of his crime, but for the sole purpose of providing some humble insight on my brother and the devastating incident that has occurred. A night mare that even two years later me and my family keep hoping to wake up from.

Me and Dzenan are the eldest of six kids. And our bond was different because as the the eldest we felt and carried more of the family burdens then we'd let on. Our life in the US hasn't been the easiest to say the least. We came to US after getting deported from Germany when I was 5 and he was 3. We were raised in humble home. Our parents brought us here fleeing war in their own country. And without getting too much into that, Ill say that as much as they did their best to shelter us from the many hardships of being undocumented, Muslims in this country it caught up to us pretty early on. Witnessing our parents constantly struggling to keep us afloat and the constant worry of getting deported and having our family separated was a cloud that always hung over us. Dzenan especially, always struggled with this the most. Our Dad served in the Bosnian army so I can say he always carried himself like a soldier, a tough keep pushing attitude. He never took a break in his life, and never complained about it. In a way we both felt like we were expected to do the same. My mom on the other hand struggled visibly. SHes had serious health issues over the years, and struggles with depression. Dzenan being closest to her was always impacted by that the most. As he got older he was very mature. Always felt everything going on the most. Always overthinking, worrying, and feeling anxious. All the elders in our community and teachers loved him because he was like a little man. His maturity Andy nerdy nature that made him likable to teachers made him a target for a whole lot of bullying. We went to a private islamic school where sadly but truly the kids that did the bullying were either backed by parents that gave nice donations, or parents that had connections, or a parent that worked in administration, so no matter how much imploring on mostly my moms part was done nothing ever changed. And so Dzenana

was bullied throughout elementary school. It wasn't until the end of fifth grade when Dzenan can home beaten to a pulp that my dad told Dzenan he'd better never come home like that again. I can wholeheartedly say that was a big turning point in my brothers life. Going forward Dzenan took solved all his problems with his fists. And that got him into a whole lot of trouble through middle and high school. There were so many indications that he wasn't mentally doing well. But mental health in the Muslim community has always been a very taboo topic. And so he never got any help. And the stress of being undocumented had never been as bad as it was after graduating high school. His peers all had goals, plans, and just overall options. Dzenan always felt stuck. He worked hard alongside my dad, Almost all the time. And I'm talking blood, sweat, and tears hard. From demolition, to construction, to plumbing. From morning to night. Everyday, only to be no where near any more stability then the day before. He tried enrolling college, hardly got in because he barely had any paperwork to provide to prove his identity. Finally he somehow did enroll, and tried so hard to make it work but it was impossible to pay out of pocket, get good grades, and keep up with the workload.  He also felt responsible for the family and felt like school funds could've been put to better use at home. To fast forward a bit, shortly before the pandemic my parents had received a letter summoning them to a master hearing for removal proceedings. We were all devastated but Dzenan just started to give up on everything, stopped working all together.  Decided to go get a lasik procedure done on both eyes. And now I don't know if this was his overall breaking point or if the medication impacted his already distraught mental state but after his procedure they gave him diazepam and my brother just wasn't the same after that. It was during the pandemic so things were already very tense everywhere. My family was mostly upstate working on our house and so nobody really payed much attention to him. And when we were all together he barely spoke, barely went out, just kind of there but not. One of our last conversations before all this I had called him nagging and arguing with him about how he's letting us all down and not helping out when he had broken down in tears saying he was sorry and that he just wasn't feeling good, and has even been contemplating suicide. Looking back now at everything that has happened , words will never express my own feeling of responsibility and lacking as an older sister knowing that I failed to get him the help he needed. It wasn't too long after that that  my family woke up to the news of the incident. We were and still are in full shock. Because never in a million years could we have imagined our Dzenan in this situation. I know my brother very well. He's not vicious, monstrous and definitely not a terrorist. My brother has been caring, protecting, and helping others his whole life. And so I wholeheartedly believe the night of June 3rd my brother did what he did thinking his life would end on

that corner.  I don't say any of this to condone his actions. Never that. Neither does our upbringing or religion condone his actions. This was just to provide some insight. Sometimes things aren't as black and white as wed like them to be. And sometimes cries for help are expressed in different ways. I know for our family as well as our community, this has opened our eyes and made us more aware of mental illness. And if I can take any good from this horrible incident that has left our family in shambles it will be that.